98 P.3d 979

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 7, 2004**

| | | |
|---|---|---|
| 25690 | Doe, In re | Affirmed |

**October 14, 2004**

| | | |
|---|---|---|
| 25926 | Doe, In re | Affirmed |
| 25749 | Macaspac v. Macaspac | Affirmed |
| 25810 | Poe v. Hawaii Labor Relations Bd. | Affirmed |